NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MICHAEL ROYSTER,**
*Petitioner-Appellant,*

v.

**MARIROSA LAMAS, THE DISTRICT ATTORNEY
OF THE COUNTY OF S. WILLIAMS, AND THE
ATTORNEY GENERAL OF THE STATE OF,**
*Respondents-Appellees.*

---

2013-1065

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 11-CV-0477, Chief Judge J. Curtis Joyner.

---

## ON MOTION

---

## ORDER

Having received no objection to this court's order dated December 3, 2012,

IT IS ORDERED THAT:

MICHAEL ROYSTER V. MARIROSA LAMAS                                    2

    (1) This appeal and any pending motions are transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

    (2) Each side shall bear its own costs.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate: _____ JAN 07 2013 _____